NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, on its own behalf, and MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, as successor to CONNECTICUT MUTUAL LIFE INSURANCE COMPANY,**
*Plaintiff – Appellee,*

v.

**UNITED STATES,**
*Defendant – Appellant.*

_____

14-5019

_____

Appeal from the United States Court of Federal Claims in No. 1:07-CV-00648-MBH Judge Marian Blank Horn.

_____

ON MOTION

O R D E R

Upon consideration of the Appellee Massachusetts Mutual Life Insurance Company's unopposed motion to extend time to file its principal brief until May 02, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                FOR THE COURT

March 18, 2014                  /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court